In the Matter of the Claim of PAUL MADDERNS, Respondent, *v.* Fox FILM CORPORATION et al., Appellants.

*Workmen's Compensation Law — employee of moving picture producer injured while helping make a picture on a boat — jurisdiction of state industrial board.*

*Madderns* v. *Fox Film Corpn.*, 205 App. Div. 791, affirmed.
(Argued February 19, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1923, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant while in the employ of defendant Fox Film Corporation, a manufacturer of moving picture films, and engaged in helping to make a picture on a boat in the Hudson river, fell into the water and, as a result, he alleged, developed tonsilitis, bronchitis and tuberculosis. Defendants contended that the state industrial board had no jurisdiction, the case being one within admiralty jurisdiction.

*William Warren Dimmick* for appellants.

*Carl Sherman, Attorney-General (E. Clarence Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of CLARENCE J. SHEARN, Respondent, against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*New York city — transit commission — power to employ special counsel — mandamus to compel comptroller to issue warrant for payment.*

*Matter of Shearn* v. *Craig*, 207 App. Div. 849, affirmed.
(Submitted February 19, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1923, which unanimously